Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Jeffrey R. Sunderland (State Bar No. 264659)
jsunderland@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANE BATEMAN,** | Case No. C 09 05884 VRW |
| **Plaintiff,** | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| **v.** | |
| **STANDARD INSURANCE COMPANY,** | |
| **Defendant.** | Judge:  Hon. Vaughn R. Walker |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the Court Appointed Mediation Process (ADR L.R. 6). The parties also respectfully request that Ms. Catherine A. Yanni be the mediator assigned to this matter.  Ms. Yanni is experienced and knowledgeable in ERISA cases such as this, and the parties believe that a mediation conducted by her will provide the best opportunity for an early resolution to this case.

The parties agree to hold the ADR session by the presumptive deadline.  The deadline is 90 days

///

///

SFI-631624v1

STIPULATION AND PROPOSED ORDER
SELECTING ADR PROCESS C 09 05884 VRW

1  from the date of the order referring the case to an ADR process unless otherwise ordered.

2       IT IS SO STIPULATED.

3  Dated: March 4, 2010                              Respectfully submitted,

4                                                   JONES DAY

5

6                                                   By: /s/ Jeffrey R. Sunderland
7                                                        Jeffrey R. Sunderland

8                                                   Counsel for Defendant
                                                    STANDARD INSURANCE COMPANY

9

10

11 Dated: March 4, 2010                             LAW OFFICES OF P. RANDALL NOAH

12

13                                                  By: /s/ P. Randall Noah
                                                        P. Randall Noah
14

15                                                  Counsel for Plaintiff
                                                    SHANE BATEMAN

16

17
                                    ATTESTATION
18
     I hereby attest that I have obtained written concurrence in the filing of this document from
19
any signatures indicated by a "conformed" signature (/s/) within this efiled document pursuant to
20
General Order 45.
21

22                                                      /s/ Jeffrey R. Sunderland
                                                    Jeffrey R. Sunderland
23

24

25

26

27

28

SFI-631624v1                                                    STIPULATION AND PROPOSED ORDER
                                    - 2 -                       SELECTING ADR PROCESS C 09 05884 VRW

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

    Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: 3/16/2010

Vaughn R. Walker
UNITED STATES DISTRICT JUDGE

The Court further orders that Ms. Catherine A. Yanni be assigned as mediator in this matter for the Court Appointed Mediation Process.